UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HACKETT,<br><br>           Plaintiff,<br><br>   v.<br><br>SCHWARZENEGGER, et al,<br><br>           Defendants. | CV F 04-5124 OWW SMS<br><br>ORDER STRIKING PLAINTIFF'S "CIVIL SANCTION; CAUSE PURSUANT TO 42 U.S.C. § 1983 AND DEMAND FOR JURY TRIAL DEMAND: $150,000.00" (DOC. 10) |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is proceeding with a civil action pursuant to 42 U.S.C. § 1983. By separate order, the Court has granted Plaintiff thirty days within which to file an amended complaint. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On May 30, 2005, Plaintiff filed a document entitled "Civil Sanction; Cause Pursuant to 42 U.S.C. § 1983 and Demand For Jury Trial Demand: $150,000.00." In it Plaintiff mentions a class action suit and demands "in personam sanction be determined as to damages." Although docketed as a motion for sanctions, the

1

document is unintelligible. Further, Plaintiff's complaint has been dismissed with leave to amend, and Plaintiff has not filed an amended complaint. Thus, Plaintiff's document is immaterial and impertinent

Accordingly, Plaintiff's document will be stricken. Fed. R. Civ. P. 12(f); <u>Transamerican Corp. v. National Union Fire Ins. Co. of Pittsburgh, Pa.</u>, 143 F.R.D. 189, 191 (N.D. Ill. 1992).

IT IS SO ORDERED.

**Dated:   May 26, 2005**                              **/s/ Sandra M. Snyder**
icido3                                                         UNITED STATES MAGISTRATE JUDGE