UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HACKETT, | ) CV F 04-5124 OWW SMS |
| Plaintiff, | ) ORDER STRIKING PLAINTIFF'S ) "AFFIDAVIT on Civil Sanction 28 ) U.S.C. 1391 (B)" |
| v. | ) |
| SCHWARZENEGGER, et al, | ) ORDER DIRECTING THE CLERK TO ) RETURN TO PLAINTIFF THE COMPLAINT ) LODGED BY PLAINTIFF ON JUNE 15, |
| Defendants. | ) 2005 |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is proceeding with a civil action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On May 27, 2005, the Court granted Plaintiff thirty days within which to file an amended complaint. On June 3, 2005, Plaintiff filed an amended complaint. On June 20, 2005, the undersigned Magistrate Judge filed findings and a recommendation that Plaintiff's amended complaint be dismissed without leave to amend. In the findings and recommendation, Plaintiff was informed that he should not respond by filing an amended complaint; rather, his recourse was to file objections, if any, to the

1

1 findings and recommendation.

2     I. <u>Striking Evidentiary Document</u>

3     On June 13, 2005, Plaintiff filed a document entitled,
4 "AFFIDAVIT on Civil Sanction 28 U.S.C. 1391 (B)," which appears
5 to be an evidentiary document relating to parole revocation. The
6 Court cannot serve as a repository for the parties' evidence
7 (i.e., prison or medical records, witness affidavits, etc.). The
8 parties may not file evidence with the Court until the course of
9 litigation brings the evidence into question (for example, on a
10 motion for summary judgment, at trial, or when requested by the
11 Court). <u>Evidence improperly submitted to the Court will be
12 stricken</u>. Because no motion is pending to which an evidentiary
13 document could pertain, Plaintiff's document entitled, "AFFIDAVIT
14 on Civil Sanction 28 U.S.C. 1391 (B)" IS STRICKEN.

15     II. <u>Returning Lodged Complaint</u>

16     On June 15, 2005, Plaintiff lodged a complaint with the
17 Court. Plaintiff had already filed an amended complaint. Fed. R.
18 Civ. P. 15(a) provides that a party may amend a pleading once;
19 otherwise a party may amend the pleading only by leave of court
20 or by written consent of the adverse party. The complaint lodged
21 on June 15, 2005, was not accompanied by a motion for leave to
22 file an amended complaint. Thus, the complaint will not be filed.

23     Accordingly, the Clerk IS DIRECTED TO RETURN to Plaintiff
24 the complaint lodged on June 15, 2005.

25 IT IS SO ORDERED.

26 **Dated:   June 30, 2005**         **/s/ Sandra M. Snyder**
    icido3                            UNITED STATES MAGISTRATE JUDGE

27

28