UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HACKETT,<br><br>          Plaintiff,<br><br>     v.<br><br>SCHWARZENEGGER, et al,<br><br>          Defendants. | CV F 04-5124 OWW SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION (DOC. 16) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is proceeding with a civil action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On June 20, 2005, the Magistrate Judge filed findings and a recommendation that the Court dismiss Plaintiff's complaint without leave to amend because it failed to state a claim. Plaintiff was granted thirty days within which to file objections. The findings and recommendation were served on all parties on June 20, 2005.

On July 12, 2005, Plaintiff filed timely objections to the

findings and recommendations. The undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 20, 2005, are ADOPTED IN FULL; and

2. The action IS DISMISSED for failure to state a claim upon which relief may be granted; and

3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety.IT IS SO ORDERED.

Emm0d6**Dated:   August 1, 2005**           **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE